MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
AMY BISSON HOLLOWAY, State Bar. No. 163731
Assistant General Counsel
TODD M. SMITH, State Bar No. 170798
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: (916) 319-0860
Facsimile:  (916) 319-0155

Attorneys for California Department of Education and
California State Board of Education

*(Defendant is a Public Entity and Exempt From Filing Fees Pursuant to Gov. Code § 6103)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Parents for the Equalization of Educational Materials, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>The California State Department of Education; )<br>The California State Board of Education; Glee )<br>Johnson, President; Kenneth Noonan, Vice )<br>President; Alan Bersin; Ruth Bloom; Yvonne )<br>Chan; Donald G. Fisher; Ruth E. Green; Joe )<br>Nunez; Bonnie Reiss; and Tom Adams, )<br>)<br>Defendants. ) | Case No.  2:06-CV-00532-FCD-KJM<br><br><br>EX PARTE APPLICATION AND ORDER EXTENDING TIME TO PLEAD<br><br><br><br>Honorable Frank C. Damrell, Jr |

Defendants, California Department of Education and the California State Board of Education,[1] hereby apply to the Court ex parte for an order extending time to respond to the

---

[1] As of this date, Plaintiff has only served the California Department of Education and the State Board of Education.  Plaintiff has not served any of the individually named defendants and they are not waiving proper service.  Should Plaintiff properly serve the individually named defendants while this application is pending, they would ask to be granted the same relief as the Court provides herein.

Case No. 2:06-CV-00532-FCD-KJM          1          Ex Parte Application And Order Extending Time To Plead

complaint filed in this action. The undersigned counsel has advised counsel for plaintiff that such an ex parte request will be made to this Court. Plaintiff's counsel has indicated that he is opposed to such request. Defendant has not sought or obtained any previous extensions of time. Such extension is timely and is necessary to allow such time to prepare a response because Defendants have filed a motion on shortened time for Specific Negative Averment arguing that plaintiff lacks capacity to bring this suit. Defendant's motion cannot be heard by the Court until April 21, 2006. Since a responsive pleading to the complaint is currently due on April 10, 2006, Defendants are requesting this extension so that the Court can hear the motion prior to the date Defendants' response is due.

Defendants respectfully request that the Court grant Defendants 30 days from the Court's ruling on Defendants' Motion for Specific Negative Averment by which to file a responsive pleading to the complaint.

Dated: March 28, 2006            Respectfully submitted,

MARSHA A. BEDWELL
General Counsel
AMY BISSON HOLLOWAY
Assistant General Counsel

_____
TODD M. SMITH
Deputy General Counsel
Attorneys for California Department of Education
and California State Board of Education

## ORDER

Having considered Defendants' Ex Parte application for an extension of time to plead, and finding good cause therefore,

IT IS HEREBY ORDERED that Defendants have to and including 30 days from the Court's ruling on Defendants' Motion for Specific Negative Averment by which time to file a responsive pleading.

DATED: March 29, 2006

/s/ Frank C. Damrell Jr.
United States District Judge