MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
AMY BISSON HOLLOWAY, State Bar. No. 163731
Assistant General Counsel
TODD M. SMITH, State Bar No. 170798
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: (916) 319-0860
Facsimile:  (916) 319-0155

Attorneys for California Department of Education and
California State Board of Education

*(Defendant is a Public Entity and Exempt From Filing Fees Pursuant to Gov. Code § 6103)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Parents for the Equalization of Educational Materials,<br><br>    Plaintiff,<br><br>    v.<br><br>The California State Department of Education; The California State Board of Education; Glee Johnson, President; Kenneth Noonan, Vice President; Alan Bersin; Ruth Bloom; Yvonne Chan; Donald G. Fisher; Ruth E. Green; Joe Nunez; Bonnie Reiss; and Tom Adams,<br><br>    Defendants. | Case No.  2:06-CV-00532-FCD-KJM<br><br>ORDER SHORTENING TIME RE MOTION FOR SPECIFIC NEGATIVE AVERMENT<br><br>"AS MODIFIED"<br><br>Honorable Frank C. Damrell, Jr. |

Based upon the Application for Order Shortening Time and Certificate in Support of Application for Order Shortening Time,

IT IS HERBY ORDERED that a hearing on shortened time regarding Defendants' Motion for Specific Negative Averment will be held on May 5, 2006, at 10:00 a.m. in the above-

---

1  referenced Court, courtroom 2, located at the United State District Court, Eastern District, 501 I
2  Street, Sacramento, California.  The parties shall comply with Local Rule 78-230 as to all
3  briefing of the motion.  Any Opposition to be filed by April 21, 2006 and a reply by
4  April 28, 2006.
5  DATED: March 29, 2006

                        /s/ Frank C. Damrell Jr.
                        United States District Judge