MARSHA A. BEDWELL, State Bar No. 094860
General Counsel
AMY BISSON HOLLOWAY, State Bar. No. 163731
Assistant General Counsel
TODD M. SMITH, State Bar No. 170798
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: (916) 319-0860
Facsimile:  (916) 319-0155

Attorneys for Defendants

*(Defendant is a Public Entity and Exempt From Filing Fees Pursuant to Gov. Code § 6103)*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Parents for the Equalization of Educational Materials,<br><br>    Plaintiff,<br><br>    v.<br><br>The California State Department of Education; The California State Board of Education; Glee Johnson, President; Kenneth Noonan, Vice President; Alan Bersin; Ruth Bloom; Yvonne Chan; Donald G. Fisher; Ruth E. Green; Joe Nunez; Bonnie Reiss; and Tom Adams,<br><br>    Defendants. | Case No.  2:06-CV-00532-FCD-KJM<br><br>STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND REQUEST TO WITHDRAW MOTION FOR SPECIFIC NEGATIVE AVERMENT; ORDER<br><br>Date:   May 5, 2006<br>Time:   10 a.m.<br>Courtroom: 2<br><br>Honorable Frank C. Damrell, Jr. |

Whereas, there is now pending before the Court, Defendants' Motion for Specific Negative Averment, and Plaintiff has now provided Defendants with evidence of the completed name change with the California Secretary of State.  Therefore, the parties hereby stipulate that:

1. Counsel for Defendants, California State Department of Education; California State Board of Education; Glee Johnson; Kenneth Noonan; Alan Bersin; Ruth Bloom; Yvonne Chan; Donald G.

Fisher; Ruth E. Green; Joe Nunez; Bonnie Reiss; and Tom Adams[1], is requesting that the Motion for Specific Negative Averment set for hearing in this Court on May 5, 2006, at 10:00 a.m. be withdrawn and vacated from the May 5, 2006 calendar.

    2. Further, the parties stipulate that the responsive pleading to the complaint shall be timely if filed and served by June 5, 2006.

DATED: April 19, 2006                      MARSHA A. BEDWELL
General Counsel
AMY BISSON HOLLOWAY
Assistant General Counsel

TODD M. SMITH
Deputy General Counsel
Attorneys for Defendants

DATED: April 19, 2006                      BALASUBRAMANI LAW

s/Venkat Balasubramani
VENKAT BALASUBRAMANI
Attorney for Plaintiff

Good cause being shown, IT IS HEREBY ORDERED THAT:

1. The Motion for Specific Negative Averment is vacated from the May 5, 2006 calendar and WITHDRAWN; and
2. Defendants shall have until June 5, 2006, to file a responsive pleading to the complaint.

DATED: April 19, 2006                     /s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell Jr.

---

[1] Counsel for Plaintiff acknowledges that Defendants Donald G. Fisher and Bonnie Reiss have not yet been served in this case.