Venkat Balasubramani
(State Bar No. 189192)
BALASUBRAMANI LAW
8426 40th Ave. SW
Seattle, Washington 98136
(206) 529-4827 phone
(206) 260-3966 fax
venkat@balasubramani.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| California Parents for the Equalization of Educational Materials, | Case No. 2:06-CV-00532-FCD-KJM |
| Plaintiff, | STIPULATION AND ORDER TO SUBMIT TO VOLUNTARY DISPUTE RESOLUTION PROGRAM AND TO STAY PROCEEDINGS |
| v. | |
| Kenneth Noonan, Ruth Bloom, Alan Bersin, Yvonne Chan, Donald G. Fisher, Ruth E. Green, Joe Nuñez, Johnathan Williams, and David Lopez, all in their official capacities as Members of the California State Board of Education; and Tom Adams, in his official capacity as Director of the Curriculum Frameworks and Instructional Resources Division and Executive Director of the Curriculum Commission (of the California State Department of Education), | LOCAL RULE 16-271<br><br>The Honorable Frank C. Damrell, Jr. |
| Defendants. | |

Plaintiff California Parents for the Equalization of Educational Materials, by and through its counsel, and Defendants, by and through their counsel, stipulate as follows: (1) to stay this proceeding until November 30, 2007, so that the Parties can engage in mediation under the Court's Voluntary Dispute Resolution Program (VDRP), as set forth in Local Rule 16-271, and (2) to modify the Court's Scheduling Order in this case both because of the referral to VDRP, and to conduct several depositions, which the parties would otherwise have had to request be conducted beyond the

original discovery cut-off date.

WHEREAS, the Court entered the operative Scheduling Order on December 27, 2007, which provides for a discovery cut-off of September 28, 2007, expert disclosure by October 12, 2007, supplemental expert disclosure by November 2, 2007, expert discovery cut-off by November 20, 2007, dispositive motion cut-off of February 22, 2008, Final Pretrial Conference on May 2, 2008, and trial to commence on July 22, 2008.

WHEREAS, the Parties feel that VDRP in the nature of non-binding mediation would be in the Parties' best interests and would allow them to attempt to resolve the case, thereby conserving both the Parties' and the Court's resources; the Parties feel that such mediation should occur before the Parties expend substantial resources conducting depositions—of which 14 are anticipated and 10 are currently scheduled beginning on August 30, 2007—expert discovery, pre-trial motions, and trial preparation.

WHEREAS, both Parties anticipate seeking the Court's leave to conduct limited discovery outside the existing discovery cut-off due to extenuating circumstances. Defendants would like to take the deposition of Rajesh Goswami, a director of Plaintiff. Mr. Goswami is currently in India attending to a family/medical emergency. Mr. Goswami is scheduled to return in approximately three months. Similarly, Plaintiff sought certain discovery from a third-party witness Michael Witzel, and in connection therewith, brought a Motion to Compel (in the District of Massachusetts). The trial court judge (in the District of Massachusetts) denied the Motion, and Plaintiff is currently appealing that decision. Plaintiff intends to seek a limited extension from the discovery deadline in order to conduct any additional discovery warranted by a favorable resolution of its appeal of the denial of its Motion to Compel (the appeal is currently pending in the First Circuit). In Plaintiff's view, the sought after discovery is critical, as it relates to Plaintiff's allegations of bias on the part of Mr. Witzel.

The Parties therefore jointly request that the Court: (1) refer the case to VDRP; (2) stay the case until November 30, 2007, during which time the Parties will participate in non-binding mediation with a VDRP Neutral in an attempt to settle this matter; and (3) modify the Scheduling Order in the case. The VDRP mediation will be conducted in the Sacramento area, in accordance

1  with Local Rule 16-271, except to the extent set forth in this Stipulation and Order.

      a.    Each side shall submit a VDRP Statement/mediation brief as set forth in Local Rule 16-271, except that these Statements will contain settlement proposals and these Statements will not be served or exchanged on the other side. These Statements shall not exceed 15 pages (including the settlement proposals) and will be submitted only to the VDRP Neutral.

      b.    The VDRP Neutral shall be selected as set forth in Local Rule 16-271 (if possible, the parties would like a list of three (3) potential neutrals to choose from).

      c.    In person attendance of all persons necessary for each side to engage in good faith mediation shall be mandatory. In person attendance of all persons with settlement authority shall be mandatory, except that Plaintiff understands and agrees that the individual Defendants need not be present, but will be represented as set forth in Local Rule 16-271(l)(1)(B). Plaintiff further understands that any settlement proposal tentatively agreed to at the mediation would be subject to approval by the California State Board of Education and by the California Department of Education.

The Parties request that the Court modify the Scheduling Order by resetting the deadlines in the case, and respectfully propose the following deadlines, subject to the Court's schedule:

| Event | Date |
| --- | --- |
| Deadline for Completing Mediation and Joint VDRP Completion Report | November 30, 2007 |
| Discovery Period | Dec. 1 – Feb. 15, 2008 (due to holiday & vacation schedules) |
| Expert Disclosure Deadline | Feb. 29, 2008 |
| Supplemental (Rebuttal) Expert Disclosure | March 14, 2008 |
| Expert Discovery Deadline | April 11, 2008 |
| Dispositive Motion Cut-off | July 3, 2008 |

| | |
|---|---|
| Final Pre-trial Conference | Sept. 5, 2008 |
| Trial Date | October 27, 2008 |

IT IS SO STIPULATED.

Dated this 21st day of August, 2007    EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN E. SLAGER
Supervising Deputy Attorney General

/s/ Kara Read-Spangler

KARA READ-SPANGLER

Deputy Attorney General
Attorneys for Defendants

Dated this 21st day of August, 2007    BALASUBRAMANI LAW

/s/ Venkat Balasubramani

VENKAT BALASUBRAMANI
Attorneys for Plaintiffs

ORDER ON FOLLOWING PAGE

## ORDER

The court adopts the parties stipulation as noted above and REFERS to matter to this District's Voluntary Resolute Dispute Program ("VDRP") in accordance with Local Rule 16-271.

The court finds good cause and modifies the Pretrial Scheduling as follows:

- The Discovery deadline is RESET from September 28, 2007 to **February 15, 2008**;
- Designation of Expert Witnesses is RESET from **October 12, 2007** to **February 29, 2008** with rebuttal designations due **March 20, 2008** and all expert discovery shall be completed by **April 17, 2008**;
- The dispositive motion hearing deadline is RESET from February 22, 2008 to **July 11, 2008**;
- The Final Pretrial Conference is RESET from May 2, 2008 to **September 12, 2008** at **2:30 p.m**. and the Joint Pretrial Statement shall be filed on or before **September 5, 2008**; and
- The Court Trial is RESET from July 22, 2008 to **November 4, 2008** at **9:00 a.m**. All other provisions of the Pretrial Scheduling order remain in effect.

IT IS SO ORDERED.

DATED: August 22, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE