UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CALIFORNIA PARENTS FOR THE
EQUALIZATION OF EDUCATIONAL
MATERIALS,

    Plaintiff,

     v.

THE CALIFORNIA DEPARTMENT OF
EDUCATION, et al.,

    Defendants.
_____/

NO. CIV. S-06-532 FCD KJM

----oo0oo----

On January 18, 2008, the court granted defendants' unopposed ex parte application for an order shortening time to hear their motion to stay discovery. By the motion, defendants seek a stay of all discovery pending a hearing on a motion for summary judgment, they intend to file on January 31, 2008, asserting that this action is precluded in its entirety by the doctrine of res

judicata/collateral estoppel, as a result of a prior state court judgment on the same cause of action and issues in a lawsuit brought by parties in privity with plaintiff.  While plaintiff did not oppose the ex parte application to shorten time, it indicated that it did intend to oppose the underlying motion to stay discovery.  As the parties were set to commence the subject depositions on January 24, 2008, the court directed plaintiff to file its opposition to the motion to stay discovery on or before January 22, 2008 at 9:00 a.m.

Plaintiff, however, filed a statement of non-opposition (Docket #60), and no longer opposes the stay of discovery provided defendants' motion for summary judgment is directed, as they represent, solely at legal issues.  In light of plaintiff's non-opposition, and finding good cause to support a stay pursuant to Fed. R. Civ. P. 16(b), considering that defendants' motion for summary judgment is expected to raise only legal issues which could be dispositive of the case and obviate the need for further discovery, the court GRANTS defendants' motion to stay discovery. All discovery, both fact and expert, is stayed, and the dates presently set for the close of discovery,[1] both fact and expert, are hereby vacated.

Defendants shall notice their motion for summary judgment on res judicata/collateral estoppel grounds for March 7, 2008 at 10:00 a.m. in Courtroom 2.  All briefing shall be filed and served in conformance with that hearing date and E.D. Cal. L.R. 78-230.  If necessary, the court will re-open discovery and

---

[1] See Docket #52 (setting the close of fact discovery for February 15, 2008 and the close of expert discovery for April 17, 2008).

set new dates for the close of discovery, both fact and expert, in conjunction with ruling on defendants' motion for summary judgment.  The dispositive motion deadline and the final pretrial conference and trial dates shall remain as presently set (<u>see</u> Docket #52).[2]  However, said dates may need to be continued at a later time in light of any new dates set for the close of discovery.

    IT IS SO ORDERED.

DATED: January 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] The dispositive motion deadline is presently set for July 11, 2008; the final pretrial conference is set for September 12, 2008; and trial is set to commence November 4, 2008.