IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS,**<br><br>Plaintiff,<br><br>**v.**<br><br>**KENNETH NOONAN, RUTH BLOOM, ALAN BERSIN, YVONNE CHAN, DONALD G. FISHER, RUTH E. GREEN, JOE NUNEZ, JOHNATHAN WILLIAMS, and DAVID LOPEZ,** all in their official capacities as Members of the California State Board of Education; and **TOM ADAMS,** in his official capacity as Director of the Curriculum Frameworks and Instructional Resources Division and Executive Director of the Curriculum Commission (of the California State Department of Education),<br><br>Defendants. | 2:06-CV-00532-FCD-KJM<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR A STAY**<br><br>The Honorable Frank C. Damrell<br><br>Trial Date:   February 24, 2009<br>Action Filed: March 14, 2006 |

The Court has reviewed Defendants' Ex Parte Application for an Order to stay these proceedings pending a ruling on their Motion for Reconsideration or in the Alternative, Request for Interlocutory Appeal (the "Motion") (Docket #94), Plaintiff's opposition (Docket #100) and Defendants' Reply (Docket #103) thereto. Because resolution of Defendants' Motion in their favor would obviate the need for the parties to embark on their extensive discovery plans, the court finds good cause to grant Defendants' ex parte application for a stay of these proceedings

1

pending a decision on their Motion. Accordingly, the Court hereby GRANTS Defendants' ex parte request to stay the proceedings in this matter pending the Court's ruling on Defendants' Motion.

As a result, the Court VACATES all dates presently set in its Pre-trial Scheduling Order, which dates are described in the Court's order of March 25, 2008 (Docket # 92) and VACATES the hearing on Plaintiff's Motion to Compel set for hearing before Magistrate Judge Kimberly J. Mueller for May 7, 2008. In the event Defendants' Motion is denied, the Court will issue a further amended scheduling order and plaintiff may file an amended notice of motion resetting the motion on the magistrate judge's calendar.

IT IS SO ORDERED.

DATED: April 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE