EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL REYNAGA
Supervising Deputy Attorney General
ELIZABETH LINTON, State Bar No. 231619
G. MATEO MUÑOZ, State Bar No. 131296
KARA READ-SPANGLER, State Bar No. 167532
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 323-8549
  Fax:  (916) 324-5567
  Email:  Elizabeth.Linton@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS,**<br><br>Plaintiff,<br><br>v.<br><br>**KENNETH NOONAN, RUTH BLOOM, ALAN BERSIN, YVONNE CHAN, DONALD G. FISHER, RUTH E. GREEN, JOE NUNEZ, JOHNATHAN WILLIAMS, and DAVID LOPEZ,  all in their official capacities as Members of the California State Board of Education; and TOM ADAMS, in his official capacity as Director of the Curriculum Frameworks and Instructional Resources Division and Executive Director of the Curriculum Commission (of the California State Department of Education),**<br><br>Defendants. | 2:06-CV-00532-FCD-KJM<br><br>**STIPULATION AND ORDER TO EXTEND FACTUAL AND EXPERT DISCOVERY DEADLINES**<br><br>The Honorable Frank C. Damrell<br><br>Trial Date:     April 21, 2009<br>Action Filed:  March 14, 2006 |

    The parties through their attorneys hereby stipulate to extend the factual and expert

discovery deadlines by two weeks.  Such an extension is necessary because one deposition

witness is out of the country, and a ruling in a pending appellate decision will determine the

scope of the deposition of one of the remaining witnesses (Harvard professor Dr. Michael Witzel).  In addition, a two week extension will enable the parties to resolve outstanding discovery disputes and likely avoid the necessity of filing motions to compel.  Finally, counsel for one party will be unavailable (and out of the country) between July 14-30, 2008.  The parties do not believe it is necessary to extend the remaining dates in the schedule.  In particular, the dispositive motion deadline, and all subsequent dates and deadlines will remain in effect under the modified scheduling order proposed by the parties.  As such, the parties hereby stipulate, and request the Court's May 28, 2008 scheduling order (Dkt. # 108) be amended as follows:

| Event | Current Deadline | Amended date |
| --- | --- | --- |
| Factual Discovery | August 1, 2008 | August 15, 2008 |
| Expert Designations | August 22, 2008 | September 5, 2008 |
| Rebuttal Designations | September 19, 2008 | October 3, 2008 |
| Expert Discovery | October 17, 2008 | October 31, 2008 |
| Dispositive Motion | December 19, 2008 | December 19, 2008 |
| Final Pretrial Conference | February 13, 2009 | February 13, 2009 |
| Trial | April 21, 2009 | April 21, 2009 |

Stipulation and Order to Extend Factual and Expert Discovery Deadline

1    Dated:  July 3, 2008

2                          Respectfully submitted,

3                          EDMUND G. BROWN JR.
                           Attorney General of the State of California

4                          PAUL REYNAGA
                           Supervising Deputy Attorney General

5

6                             /s/ Elizabeth Linton
                           ELIZABETH A. LINTON

7                          G. MATEO MUÑOZ
                           KARA READ-SPANGLER

8                          Deputy Attorneys General
                           Attorneys for Defendants

9

10                            /s/ Venkat Balasubramani

11                         VENKAT BALASUBRAMANI (SBN 189192)
                           8426 40th Avenue SW

12                         Seattle, WA 98136
                           Tel:      (206) 529-4827

13                         Fax:      (206) 260-3966
                           Email:    Venkat@balasubramani.com

14                         Attorney for Plaintiff, CAPEEM

15

16

17   IT IS SO ORDERED.

18   DATED: July 3, 2008

19                         _____
                           FRANK C. DAMRELL, JR.

20                         UNITED STATES DISTRICT JUDGE

21

22   CA PARENTS-NOONAN Stip re deadlines.wpd
     SA2006102549

23

24

25

26

27

28

     Stipulation and Order to Extend Factual and Expert Discovery Deadline

                                        3