1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL REYNAGA
   Supervising Deputy Attorney General
3  ELIZABETH LINTON, State Bar No. 231619
   G. MATEO MUÑOZ, State Bar No. 131296
4  Deputy Attorney General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 323-8549
     Fax: (916) 324-5567
7    Email: Elizabeth.Linton@doj.ca.gov

8  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS,**<br><br>Plaintiff,<br><br>v.<br><br>**KENNETH NOONAN, RUTH BLOOM, ALAN BERSIN, YVONNE CHAN, DONALD G. FISHER, RUTH E. GREEN, JOE NUNEZ, JOHNATHAN WILLIAMS, and DAVID LOPEZ, all in their official capacities as Members of the California State Board of Education; and TOM ADAMS, in his official capacity as Director of the Curriculum Frameworks and Instructional Resources Division and Executive Director of the Curriculum Commission (of the California State Department of Education),**<br><br>Defendants. | 2:06-CV-00532-FCD-KJM<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER**<br><br>The Honorable Frank C. Damrell<br><br>Trial Date:    April 21, 2009<br>Action Filed: March 14, 2006 |

The Court has reviewed Defendants' Ex Parte Application for an Order to modify the scheduling order, Plaintiff's Opposition to the Ex Parte Application, and Defendants' Reply to Plaintiff's Opposition. Defendants have demonstrated good cause for a modification of the scheduling order to allow the completion of expert discovery. Accordingly, the Court GRANTS Defendants' ex parte request and modifies the July 27, 2008 scheduling order (Dkt. # 122) and

October 24, 2008 minute order (Dkt. # 133) as follows:

| Event | Current Deadline | Amended date |
|---|---|---|
| Expert Discovery | October 31, 2008 | December 12, 2008 |
| Dispositive Motion | January 16, 2008 | January 30, 2009 |
| Final Pretrial Conference | February 13, 2009 | March 27, 2009, at 2:00 P.M. |
| Trial | April 21, 2009 | June 2, 2009, at 9:00 A.M. |

IT IS SO ORDERED.

DATED: October 30, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE