EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN E. SLAGER, State Bar No. 162942
Supervising Deputy Attorney General
ELIZABETH LINTON, State Bar No. 231619
G. MATEO MUÑOZ, State Bar No. 131296
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 322-5471
 Fax:  (916) 324-5567
 Email:  Susan.Slager@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS,**<br><br>Plaintiff,<br><br>v.<br><br>**KENNETH NOONAN, RUTH BLOOM, ALAN BERSIN, YVONNE CHAN, DONALD G. FISHER, RUTH E. GREEN, JOE NUNEZ, JOHNATHAN WILLIAMS, and DAVID LOPEZ,  all in their official capacities as Members of the California State Board of Education; and TOM ADAMS, in his official capacity as Director of the Curriculum Frameworks and Instructional Resources Division and Executive Director of the Curriculum Commission (of the California State Department of Education),**<br><br>Defendants. | 2:06-CV-00532-FCD-KJM<br><br>**ORDER GRANTING EX PARTE  APPLICATION BY DEFENDANTS TO EXCEED PAGE LIMIT FOR MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Frank C. Damrell, Jr.<br><br>Trial Date:    June 2, 2009<br>Action Filed: March 14, 2006 |

The Court has reviewed Defendants' ex parte application to exceed the Court's page limit for their Motion for Summary Judgment and Reply.  The Court has considered the numerous factors justifying a page-limit extension and finds that Defendants have demonstrated good cause to support their ex parte application to exceed the page limit for their Motion for

1

Summary Judgment and Reply.  Accordingly, the Court GRANTS Defendants' ex parte request for a page limit extension.  Defendants' moving papers shall not exceed 35 pages, and the reply shall not exceed 18 pages.

IT IS SO ORDERED.

DATED: December 8, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE