IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH NOONAN, et al.,<br><br>Defendants. | Case No. 2:06-CV-00532-FCD-KJM<br><br>**ORDER GRANTING CAPEEM'S EX PARTE APPLICATION FOR RELIEF FROM 4:00 PM FILING DEADLINE AND TO COMBINE HEARING DATES** |

The Court has reviewed Plaintiff's Ex Parte Application for Relief From 4:00 PM Filing Deadline and to Combine Hearing Dates. Defendants do not object to Plaintiff's requests.

Therefore, the Court, finding no prejudice to Defendants, GRANTS Plaintiff's request for relief from the filing deadline and to combine the hearing dates of Defendants' Motion for Summary Judgment and Plaintiff's Motion to Strike. The Court additionally grants Plaintiff's request to file an errata correcting Plaintiff's Response in Opposition to Defendants' Motion for

1  Summary Judgment.  The document attached as Exhibit A to the Declaration of Venkat

2  Balasubramani shall be substituted for the current version (Dkt. # 187) of Plaintiff's Response to

3

4  Defendants Motion for Summary Judgment.

5

6      IT IS SO ORDERED.

7

8  Dated: January 15, 2009

9                                    HONORABLE FRANK C. DAMRELL, JR.
10                                    UNITED STATES DISTRICT JUDGE

1  Respectfully submitted:
**BALASUBRAMANI LAW**
2

3  By:

4  /s/ Venkat Balasubramani
5  Venkat Balasubramani

6  **NEWDOW LAW**
7  Michael Newdow

8  Attorneys for Plaintiff, CAPEEM

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Case No.: 2:06-cv-00532-FCD-KJM - [PROPOSED] ORDER GRANTING PL'S EX PARTE APP. FOR RELIEF