EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL REYNAGA
Supervising Deputy Attorney General
ELIZABETH LINTON, State Bar No. 231619
G. MATEO MUÑOZ, State Bar No. 131296
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 323-8549
  Fax:  (916) 324-5567
  Email:  Elizabeth.Linton@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS,**<br><br>Plaintiff,<br><br>v.<br><br>**KENNETH NOONAN, RUTH BLOOM, ALAN BERSIN, YVONNE CHAN, DONALD G. FISHER, RUTH E. GREEN, JOE NUNEZ, JOHNATHAN WILLIAMS, and DAVID LOPEZ,  all in their official capacities as Members of the California State Board of Education; and TOM ADAMS, in his official capacity as Director of the Curriculum Frameworks and Instructional Resources Division and Executive Director of the Curriculum Commission (of the California State Department of Education),**<br><br>Defendants. | 2:06-CV-00532-FCD-KJM<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CHANGE HEARING DATE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND PLAINTIFF'S MOTION TO STRIKE; AND TO MODIFY THE SCHEDULING ORDER**<br><br>The Honorable Frank C. Damrell<br><br>Trial Date:    June 2, 2009<br>Action Filed: March 14, 2006 |

The Court has reviewed Defendants' ex parte application to 1) change the hearing date on

Plaintiff's Motion for Partial Summary Judgment (147), Defendants' Motion for Summary

Judgment (156), and Plaintiff's Motion to Strike (189) from February 20, 2009 to February 27,

2009 at 10:00 a.m.; and 2) to modify the scheduling order.  Good cause appearing, the Court

1  hereby GRANTS Defendants' ex parte application and resets the hearing date on the three

2  motions to February 27, 2009.  The hearing date of February 20, 2009 is VACATED (203).  The

3  Court modifies the scheduling order set forth in the October 30, 2008 scheduling order (142) as

4  follows:

5

| Event | Current Deadline | Amended date |
|-------|------------------|--------------|
| Final Pretrial Conference | March 27, 2009, 2:00 p.m. | April 24, 2009, 2:00 p.m. |
| Trial | June 2, 2009, 9:00 a.m. | June 30, 2009, 9:00 a.m. |

8

IT IS SO ORDERED.

DATED: January 28, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE