1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  PAUL REYNAGA, State Bar No. 72361
   Supervising Deputy Attorney General
3  ELIZABETH A. LINTON, State Bar No. 231619
   G. MATEO MUÑOZ, State Bar No. 131296
4  Deputy Attorney General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 323-8549
     Fax: (916) 324-5567
7    E-mail: Elizabeth.Linton@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA PARENTS FOR THE EQUALIZATION OF EDUCATIONAL MATERIALS,**<br><br>Plaintiff,<br><br>v.<br><br>**KENNETH NOONAN, RUTH BLOOM, ALAN BERSIN, YVONNE CHAN, DONALD G. FISHER, RUTH E. GREEN, JOE NUNEZ, JOHNATHAN WILLIAMS, and DAVID LOPEZ, all in their official capacities as Members of the California State Board of Education; and TOM ADAMS, in his official capacity as Director of the Curriculum Frameworks and Instructional Resources Division and Executive Director of the Curriculum Commission (of the California State Department of Education),**<br><br>Defendants. | 2:06-CV-00532-FCD-KJM<br><br>**ORDER ENTERING FINAL JUDGMENT AND DISMISSING REMAINDER OF ACTION**<br><br><br>Courtroom:   2<br>Judge         Hon. Frank C. Damrell, Jr.<br>Trial Date    September 15, 2009<br>Action Filed: March 14, 2006 |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to Federal Rule of Civil

Procedure 41(a)(1), and the parties' SETTLEMENT AND GENERAL RELEASE

AGREEMENT, the Court hereby ORDERS AND ADJUDGES that this action is DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that Court retains jurisdiction to enforce the parties' **SETTLEMENT AND GENERAL RELEASE AGREEMENT.**

**IT IS SO ORDERED.**

Dated:  June 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE